Spann; Nicoshalmar-James/Agent
3936 Juanita May Avenue
North Las Vegas, Nevada 89032
(702)-527-9346

```
                    FILED          RECEIVED
                    ENTERED        SERVED C
                    COUNSEL/PARTIES OF RECORD

                    FEB 06 2023

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                BY:                    DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| NICOSHALMAR SPANN, | 2:23-cv-00189-GMN-VCF |
|---|---|
| Plaintiff, | |
| vs. | BREACH OF CONTRACT |
| T-MOBILE, | |
| Defendant | |

The Plaintiff NICOSHALMAR SPANN, by and through his attorney-in-fact/agent, a natural person, Spann; Nicoshalmar-James,

Makes a statement of the following:

1. The Plaintiff is a resident of the State of Nevada, the Defendant is a resident of the State of Washington, and there is diversity of citizenship between the parties.

2. On December 15, 2022, As agent, the Plaintiff received, accepted, and performed the debt obligation on behalf of the principal, in the form of a collateral security agreement from T-MOBILE in accordance with the Bill of Exchange Act 1985, giving 5 days for response and/or strict performance.

3. Conveyance was remitted on behalf of the principal, by priority mail through the UNITED STATES POSTAL SERVICE, addressed to Chief Financial Officer, Peter Osvaldik. Documentation of this action is included in **Exhibit 1**.

BREACH OF CONTRACT - 1

4. On December 19, 2022, at 8:51am, conveyance was delivered, received, and signed for by D TRYGGESTAD, evidenced by the tracking printout of transition by/and through UNITED STATES POSTAL SERVICE, included in **Exhibit 1**.

5. On December 27, 2022, 2nd notice was issued and received on December 30, 2022, at 8:28am by an individual M ROSE at T-MOBILE which was addressed to the CFO. Due to non-response and non-performance of the collateral security agreement issued on behalf of the principal for strict performance in lawful tender, in respects to Section 16. Notes Issued parts 1 and 2 of the Federal Reserve Act. With instructions giving an additional 5 days to elevate performance. Included in **Exhibit 2**.

6. On January 5, 2023, following continued non-response and/or non-performance by CFO Peter Osvaldik, Plaintiff issued Final Notice Opportunity to cure, giving 5 additional days for performance which Defendant received and signed for on January 6, 2023, at 9:32am. In respect to the Federal Reserve Act Section 29. Civil Money Penalty, part c and d, an invoice for one million dollars a day fine for breach until complete performance of the breaching party. Included in **Exhibit 3**.

7. On January 12, 2023, due to non-response and non-performance, causing breach with no consideration of intent to elevate and complete performance, the Defendant was issued notice for arbitration, which was received on January 17, 2023, at 7:39am. Included transaction can be found in **Exhibit 4**.

8. On January 12, 2023, the Plaintiff submitted a consumer complaint form to the FEDERAL RESERVE CONSUMER HELP regarding this matter, which was received on January 17, 2023, at 7:53am. Currently response has still not been provided. Included in **Exhibit 5**.

BREACH OF CONTRACT - 2

9. Attached for support is the 18 United States Code, Crimes and Criminal Procedures, section 8 Obligations or other security of the United States defined. Also included is the Department of Justice definition of Setoff. Included in **Exhibit 6**.

10. On January 20, 2023, Plaintiff received correspondence from the Defendant in regard to only the power of attorney form 2848, and no other acknowledgment of the content of Exhibits 1 through 4. Defendant failed to perform and has not shown any intent to elevate performance. Under Duress of interruption of service, Plaintiff paid interest for undue amount. Plaintiff also printed a receipt expressing "under duress" which was sent to the Defendant for record on January 23, 2023. Also Included is a response to the Defendant's correspondence. Evidence of this transaction is included in **Exhibit 7**.

11. On January 25, 2023, Plaintiff sent complaint to Federal Communications Commission to elevate this matter. Included in **Exhibit 8**.

12. On January 26, 2023, Plaintiff received correspondence from Defendant in regard to non-acceptance of lawful performance. On January 31, 2023, Plaintiff responded giving notice of right to elevate this matter furthermore. Evidence of this action is included in **Exhibit 9.**

13. As a result of the Defendants inferior performance, the Plaintiff alleges all the above points constitute breach of contract and security fraud, causing real and personal damages due as a result of Defendant's breach.

14. The Plaintiff is seeking relief for damages in excess of $15,000, as well as default/summary judgement for strict performance and payment of the invoice.

BREACH OF CONTRACT - 3

Dated this 6 day of February, 2023.

by: Spann; Nicoshalmar-James/agent
For: NICOSHALMAR SPANN w/o recourse

Spann; Nicoshalmar-James/Agent
Without Recourse
3936 Juanita May Avenue
North Las Vegas, Nevada 89032
(702)-527-9346

BREACH OF CONTRACT - 4