# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NICOSHALMAR SPANN, | |
| Plaintiff(s), | 2:23-cv-00189-GMN-VCF |
| v. | **ORDER** |
| T-MOBILE, | |
| Defendant(s). | |

Before the Court is plaintiff's motion for leave to file an amended complaint (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on plaintiff's motion for leave to file an amended complaint (ECF No. 19), is scheduled for 11:30 AM, July 11, 2023, in Courtroom 3C located on the third floor of the Lloyd D. George Courthouse, U.S. District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

DATED this 28th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE