JAMES E. WHITMIRE
Nevada Bar No. 6533
Whitmire Law PLLC
10785 West Twain, Suite 226
Las Vegas, NV 89135
T: 702.846.0949
F: 702.727.1343
Email:  JWhitmire@whitmirelawnv.com

Attorney for Defendants
T-MOBILE USA, INC. (erroneously sued herein
as T-MOBILE N.A.); PETER OSVALDIK;
MIKE SIEVERT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOSHALMAR SPANN,<br><br>　　　　Plaintiff,<br>　v.<br><br>PETER OSVALDIK,<br>MIKE SIEVERT,<br>T-MOBILE N.A.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00189-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Civil Procedure Rule 41, Plaintiff Nicoshalmar-James Spann and Defendants, by and through counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its costs and fees in accordance with the applicable Terms and Conditions executed between the parties.

Dated: December 23, 2024

Respectfully submitted,

WHITMIRE LAW PLLC

By: */s/ James E. Whitmire*
James E. Whitmire, III (SBN 6533)
WHITMIRE LAW PLLC
10785 West Twain, Suite 226
Las Vegas, NV 89135
T: (702) 860-0273
F: (702) 727-1343
Email: jwhitmire@whitmirelawnv.com

Attorney for Defendants
T-MOBILE USA, INC.; PETER OSVALDIK; MIKE SIEVERT

Dated: December 23, 2024

Respectfully submitted,

By: */s/ Nicoshalmar-James Spann*
Nicoshalmar-James Spann
3936 Juanita May Avenue
Las Vegas, NV 89032
T: (702) 527-9346
Email: nspann07@gmail.com

Plaintiff *Pro Se*

## ORDER

The Court hereby orders that Plaintiff Nicoshalmar-James Spann's claims in the Complaint, filed on February 6, 2023, against Defendants be dismissed with prejudice as agreed to by the parties, pursuant to the Arbitration Award pertaining to this dispute, and pursuant to Federal Rules of Civil Procedure Rule 41.

**IT IS SO ORDERED.**

Dated this __23__ day of December, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT